UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JANET FASHAKIN,                                    C.A. No: 05-3080

                              Plaintiff,

   v.                                        **MOTION FOR**
                                      **SUMMARY JUDGMENT**

NEXTEL COMMUNICATION, *et al*.
                            Defendants.
------------------------------------------------------------x

      Defendant Trans Union LLC ("Trans Union") moves, pursuant to Fed.R.Civ.P. 56, for summary judgment on the grounds that there are no disputed issues of material fact, and Trans Union is entitled to judgment as a matter of law. The reasons and authorities for this motion are fully set forth in the attached Memorandum of Law, Statement of Uncontested Facts, and Exhibits thereto.

                                                Respectfully submitted,

                                                KOGAN, TRICHON & WERTHEIMER, P.C.


                                                */s/ Timothy P. Creech*
                                                TIMOTHY P. CREECH
                                                1818 Market St., 30th Floor
                                                Philadelphia, PA 19103
                                                (215) 575-7600; Fax: (215) 575-7688
                                                email: tcreech@mstkw.com

                                                *Counsel for Defendant,*
                                                *Trans Union LLC*

DATED:      April 4, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
JANET FASHAKIN,                                                    C.A. No: 05-3080

                                  Plaintiff,

      v.                                       **CERTIFICATE OF SERVICE**


NEXTEL COMMUNICATION, *et al*.
                                Defendants.
-----------------------------------------------------------------x

      Timothy P. Creech, Esq., hereby certifies he caused a true and correct copy of the foregoing Trans Union LLC's Motion for Summary Judgment to be sent, via Electronic Mail, to the following:

| | |
|---|---|
| Janet O. Fashakin | Jeffrey S Ettenger |
| FASHAKIN & ASSOCIATES, P.C | Marin Goodman LLP |
| 105-22 Jamaica Avenue | 40 Wall Street |
| Richmond Hill, NY 11418 | New York, NY 10005 |
| 718-805-2522; Fax: 718-805-2810 | 212-661-1151; Fax: 212-661-1141 |
| Email: janetfash@aol.com | Email: jettenger@maringoodman.com |

                                                  *s/ Timothy P. Creech*
                                                  TIMOTHY P. CREECH

DATED: April 4, 2008