# EXHIBIT "2"

```
LOC. 03                              TRANS UNION CORPORATION                    DATE: 01/11/05  TIME: 08
RPT-ID: KKAVB500-1                       CONSUMER RELATIONS                                     PAGE:226
                                   ACDV3 RESPONSES THAT WERE AUTO UPDATED

     DEPT: P
 .SCRIBER RESPONSE DATE: 01/10/05                    CONTROL: 132214908 002 04    MA/SM: 0103  SUB LOC: 0
TO COMPLY WITH F.C.R.A., A RESPONSE IS REQUIRED BY: 01/19/05   DATE ENTERED: 12/27/04   DATE RECD: 12/23/04

                                                VERF      SUBSCRIBER CHANGES TO CONSUMER DEMOGRAPHIC DATA:
NAME: FASHAKIN, JANET O                          (S) NAME:
 AKA: OFASHAKIN,JANET,                               AKA:
ADDR: 10522  JAMAICA AV                          (S) ADDR:
      RICHMOND HILL, NY 11418
PREV: 17728  105TH AV                            (U) PREV:
      JAMAICA, NY 11433

SSN:     -2357                                   (S) SSN:
DOB:   /58                                       (U) DOB:
PHONE:   -4080                                   (U) PHONE:

CONSUMER    Not his/hers. Provide complete ID.
 STATES
 COMMENTS
            SUBSCRIBER NAME     SUB.CODE    OPENED  VER'D    BAL.OWING   PAST DUE    HIGH CRDT    PAYMENT       TP.ACCT
            ACCOUNT NUMBER      CREDIT LIMIT   TERMS         LAST PYMT   DT 1ST DEL               HISTORY
            TYPE LOAN           COLLATERAL                   SP.COMMENTS/STATUS/REMARKS  CLOSED

VERIFIED    RISK MANAGEMENT AL  1REF009      07/04   09/04      $339       $339        $339                      O
  AS        353                                                            06/04
 ORTED: X   COLLECTION AGENC    NEXTEL COMMUNICATIONS    CLA - PLACED FOR COLLECTION

--------------------------------------------------------------------------------------------------------------
CHANGE                                            01/05
DATA AS
SHOWN :


RESPONSE CODES:    01 ACCOUNT INFORMATION ACCURATE AS OF DATE REPORTED

CONSUMER MESSAGE:
AUTHORIZED PHONE/NAME:    770-925-5651    -   MARIE VALCIN

--------------------------------------------------------------------------------------------------------------

            ACCT       PAYMENT     SPECIAL      COMPLIANCE     CONSUMER        MOP      REMARKS
            STATUS     RATING      COMMENT CD   CONDITION CD   INFORMATION IND CODE     CODE
     SENT    93                                                                 9B       CLA
     RECEIVED                                                                   9B       CLA


                       FIRST       MIDDLE       LAST           PREFIX
                       NAME        NAME         NAME           SUFFIX          RESULT
    VERIFICATION FLAGS  (S)         (U)          (S)             (U)             (S)
```