# EXHIBIT "4"

```
03  *** 132214908-004 ***        YOUR TRANSUNION FILE NUMBER:      4908
    P.O. Box 2000                PAGE  1 OF 14
    Chester, PA 19022            DATE THIS REPORT PRINTED: 01/12/2005

    RETURN SERVICE REQUESTED     SOCIAL SECURITY NUMBER: XXX-XX-2357
                                 BIRTH DATE:                  /1958
                                 YOU HAVE BEEN IN OUR FILES SINCE: 06/1994
                                 PHONE:
                                 AKA: OFASHAKIN,JANET

CONSUMER REPORT FOR:



    FASHAKIN, JANET, O
    10522 JAMAICA AV
    RICHMOND HILL, NY 11418

FORMER ADDRESSES REPORTED:

  17728 105TH AV, JAMAICA, NY 11433
  8433 122ND ST 2, KEW GARDENS, NY 11415

EMPLOYMENT DATA REPORTED:

  LAW OFFICES JANET FASHAKIN           JAMAICA HOSPITAL
  DATE REPORTED: 07/2002               POSITION: NURSING
                                       DATE REPORTED: 05/1999
```

---

INVESTIGATION RESULTS

---

WE HAVE COMPLETED OUR REINVESTIGATION AND THE RESULTS ARE SHOWN BELOW.

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| RISK MANAGEMENT ALTERNAT | #    )353 | VERIFIED, NO CHANGE |

ANY CORRECTIONS TO YOUR IDENTIFICATION REQUESTED BY YOU HAVE BEEN MADE AS NOTED ABOVE. YOUR UPDATED CREDIT INFORMATION FOLLOWS.

---

SPECIAL NOTES: YOUR SOCIAL SECURITY NUMBER HAS BEEN MASKED FOR YOUR PROTECTION. YOU MAY REQUEST DISCLOSURE OF THE FULL NUMBER BY WRITING TO US AT THE ADDRESS FOUND AT THE END OF THIS REPORT. ALSO, ANY ITEM ON YOUR CREDIT REPORT THAT BEGINS WITH 'MED1' INDICATES MEDICAL INFORMATION. THE DATA FOLLOWING THIS WORD IS NOT DISPLAYED TO ANYONE BUT YOU EXCEPT WHERE PERMITTED BY LAW.

YOUR CREDIT INFORMATION

---

THE FOLLOWING ACCOUNTS CONTAIN INFORMATION WHICH SOME CREDITORS MAY CONSIDER TO BE ADVERSE. ADVERSE ACCOUNT INFORMATION MAY GENERALLY BE REPORTED FOR 7 YEARS FROM THE DATE OF THE FIRST DELINQUENCY, DEPENDING ON YOUR STATE OF RESIDENCE.
   ADVERSE INFORMATION IN THESE ACCOUNTS HAS BEEN PRINTED IN >BRACKETS< FOR ЯR CONVENIENCE, TO HELP YOU UNDERSTAND YOUR REPORT. THEY ARE NOT BRACKETED THIS WAY FOR CREDITORS. (NOTE: THE ACCOUNT # MAY BE SCRAMBLED BY THE CREDITOR FOR YOUR PROTECTION).

LLECTION RECORD<
_SK MANAGEMENT ALTERNAT  PH#: (800) 735-5444
2675 BRECKINRIDGE BLVD, DULUTH, GA 30096
ACCT#     8353                           OPEN ACCOUNT
>PLACED FOR COLLECTION<                  COLLECTION AGENCY/ATTORNEY
   UPDATED  09/2004   BALANCE:      $339 INDIVIDUAL ACCOUNT
   PLACED   07/2004   MOST OWED:    $339 NEXTEL COMMUNICATIONS
                     >PAST DUE:     $339<
   >STATUS AS OF 09/2004: COLLECTION ACCOUNT<


CHASE HOME FINANCE LLC  PH#: (800) 848-9136
3415 VISION DR, COLUMBUS, OH 43219
ACCT#      26653                         REVOLVING ACCOUNT
                                         HOME EQUITY LOAN
   UPDATED  11/2004   BALANCE:    $50585 INDIVIDUAL ACCOUNT
   OPENED   02/2004   MOST OWED:  $59984 PAY TERMS:  MINIMUM $194
                                         CREDIT LIMIT:    $60000
                                         PROPERTY
   STATUS AS OF 11/2004: PAID OR PAYING AS AGREED
   >IN PRIOR  9 MONTHS FROM LAST UPDATE  1 TIME 30 DAYS LATE<

---

THE FOLLOWING ACCOUNTS ARE REPORTED WITH NO ADVERSE INFORMATION

MACYS A & S  PH#: NOT AVAILABLE
 111 DUKE BLVD, MASON, OH 45040-8999
   CT#           9220                    REVOLVING ACCOUNT
                                         CHARGE ACCOUNT
   UPDATED  12/2004   BALANCE:        $0 INDIVIDUAL ACCOUNT
   OPENED   11/1999   MOST OWED:    $623 CREDIT LIMIT:     $1200
   PAID OFF 12/1999
   STATUS AS OF 12/2004: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE


GEMB  PH#: NOT AVAILABLE
PO BOX 1103, DAYTON, OH 45401-1103
ACCT#           8566                     REVOLVING ACCOUNT
                                         CHARGE ACCOUNT
   UPDATED  12/2004   BALANCE:        $0 INDIVIDUAL ACCOUNT
   OPENED   08/1998   MOST OWED:    $298 CREDIT LIMIT:     $4100
   PAID OFF 02/2001
   STATUS AS OF 12/2004: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE


FLEET CC  PH#: NOT AVAILABLE
201 N TRYON ST, CHARLOTTE, NC 28255
ACCT#           1657                     REVOLVING ACCOUNT
ACCT CLOSED BY CREDIT GRANTOR            CREDIT CARD
   UPDATED  12/2004   BALANCE:        $0 INDIVIDUAL ACCOUNT
   OPENED   11/2000   MOST OWED:   $5266 CREDIT LIMIT:     $6400
   PAID OFF 09/2002
   STATUS AS OF 12/2004: PAID OR PAYING AS AGREED
   IN PRIOR 33 MONTHS FROM LAST UPDATE NEVER LATE

```
REPORT ON FASHAKIN, JANET, O                                    PAGE  3 OF 14
SOCIAL SECURITY NUMBER: XXX-XX-2357     TRANSUNION FILE NUMBER:    4908


   SCOVER FINANCIAL SVC  PH#: NOT AVAILABLE
 .J BOX 15316, WILMINGTON, DE 19850-5316
ACCT#              2441                 REVOLVING ACCOUNT
                                        CREDIT CARD
   UPDATED  12/2004   BALANCE:       $0  INDIVIDUAL ACCOUNT
   OPENED   11/1995   MOST OWED:  $10050  CREDIT LIMIT:   $12000
   PAID OFF 07/2004
   STATUS AS OF 12/2004: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE


CHASE NA  PH#: (800) 441-7681
880 BROOKS EDGE BLVD, WESTERVILLE, OH 43081
ACCT#              4364                 REVOLVING ACCOUNT
                                        CREDIT CARD
   UPDATED  12/2004   BALANCE:    $5933  INDIVIDUAL ACCOUNT
   OPENED   12/2003   MOST OWED:  $9933  PAY TERMS:  MINIMUM $118
                                        CREDIT LIMIT:   $10000
   STATUS AS OF 12/2004: PAID OR PAYING AS AGREED
   IN PRIOR 13 MONTHS FROM LAST UPDATE NEVER LATE


CHASE MANHATTAN MORTGAGE  PH#: (800) 848-9136
3415 VISION DR, COLUMBUS, OH 43219
ACCT#              6709                 MORTGAGE ACCOUNT
                                        CONVENTIONAL REAL ESTATE MTG
   UPDATED  12/2004   BALANCE:  $150082  INDIVIDUAL ACCOUNT
   OPENED   02/2004   MOST OWED: $151500  PAY TERMS: 360 MONTHLY $1088
                                        FRD 723403816
   STATUS AS OF 12/2004: PAID OR PAYING AS AGREED
   IN PRIOR  8 MONTHS FROM LAST UPDATE NEVER LATE


GEMB/JCP  PH#: NOT AVAILABLE
PO BOX 981400, EL PASO, TX 79998-1206
ACCT#              7135                 REVOLVING ACCOUNT
                                        CHARGE ACCOUNT
   UPDATED  12/2004   BALANCE:       $0  INDIVIDUAL ACCOUNT
   OPENED   04/1998   MOST OWED:   $111  CREDIT LIMIT:    $700
   STATUS AS OF 12/2004: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE


GEMB/JCP  PH#: NOT AVAILABLE
PO BOX 981400, EL PASO, TX 79998-1206
ACCT#              7093                 REVOLVING ACCOUNT
                                        CHARGE ACCOUNT
   UPDATED  12/2004   BALANCE:       $0  INDIVIDUAL ACCOUNT
   OPENED   04/1998   MOST OWED:     $0  CREDIT LIMIT:    $700
   STATUS AS OF 12/2004: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE
```

```
REPORT ON FASHAKIN, JANET, O                                    PAGE  4 OF 14
SOCIAL SECURITY NUMBER: XXX-XX-2357    TRANSUNION FILE NUMBER:       4908


   \SE NA   PH#: (800) 441-7681
 _00 BROOKS EDGE BLVD, WESTERVILLE, OH 43081
ACCT#            4725                   REVOLVING ACCOUNT
                                        CREDIT CARD
   UPDATED  12/2004  BALANCE:       $7  INDIVIDUAL ACCOUNT
   OPENED   08/2000  MOST OWED: $11797  PAY TERMS:  MINIMUM $7
                                        CREDIT LIMIT:   $17000
   STATUS AS OF 12/2004: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE


AMERICAN EXPRESS   PH#: NOT AVAILABLE
PO BOX 297871, FORT LAUDERDALE, FL 33329-7871
ACCT#            8932                   REVOLVING ACCOUNT
                                        CREDIT CARD
   UPDATED  12/2004  BALANCE:       $0  INDIVIDUAL ACCOUNT
   OPENED   12/1995  MOST OWED:     $0  CREDIT LIMIT:   $12500
   PAID OFF 09/2002
   STATUS AS OF 12/2004: PAID OR PAYING AS AGREED
   IN PRIOR 41 MONTHS FROM LAST UPDATE NEVER LATE


CITIBANK NA   PH#: NOT AVAILABLE
PO BOX 6241, SIOUX FALLS, SD 57117-6241
ACCT#            4057                   REVOLVING ACCOUNT
                                        CREDIT CARD
   UPDATED  12/2004  BALANCE:   $19863  INDIVIDUAL ACCOUNT
   OPENED   06/1996                     PAY TERMS:  MINIMUM $413
                                        CREDIT LIMIT:   $25000
   STATUS AS OF 12/2004: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE


MBNA AMERICA   PH#: (800) 421-2110
PO BOX 17054, WILMINGTON, DE 19884
ACCT#            3520                   REVOLVING ACCOUNT
                                        CREDIT CARD
   UPDATED  12/2004  BALANCE:   $33114  INDIVIDUAL ACCOUNT
   OPENED   08/2001  MOST OWED: $34114  PAY TERMS:  MINIMUM $15
                                        CREDIT LIMIT:   $35000
   STATUS AS OF 12/2004: PAID OR PAYING AS AGREED
   IN PRIOR 41 MONTHS FROM LAST UPDATE NEVER LATE


COUNTRYWIDE HOME LOANS   PH#: (800) 203-4951
CREDIT REPORTING SV416, 450 AMERICAN ST, SIMI VALLEY, CA 93065
ACCT#    :3836                          MORTGAGE ACCOUNT
                                        CONVENTIONAL REAL ESTATE MTG
   UPDATED  11/2004  BALANCE:  $202902  INDIVIDUAL ACCOUNT
   OPENED   04/2004  MOST OWED:$204000  PAY TERMS: 360 MONTHLY $1516
   STATUS AS OF 11/2004: PAID OR PAYING AS AGREED
   IN PRIOR  5 MONTHS FROM LAST UPDATE NEVER LATE
```

```
AMERICAN EXPRESS  PH#: (800) 297-5626
  30 LIBERTY AVE, PITTSBURGH, PA 15222-4704
ACCT#            8560                   LINE OF CREDIT ACCOUNT
                                        HOME EQUITY LOAN
  UPDATED  11/2004  BALANCE:    $35815  INDIVIDUAL ACCOUNT
  OPENED   06/2002  MOST OWED:  $35815  PAY TERMS:  MINIMUM $171
                                        CREDIT LIMIT:    $36000
  STATUS AS OF 11/2004: PAID OR PAYING AS AGREED
  IN PRIOR 29 MONTHS FROM LAST UPDATE NEVER LATE


CHASE MANHATTAN BK  PH#: (800) 462-2076
900 STEWART AVE, GARDEN CITY, NY 11530
ACCT#     2071                          REVOLVING ACCOUNT
                                        LINE OF CREDIT
  UPDATED  11/2004  BALANCE:        $0  INDIVIDUAL ACCOUNT
  OPENED   10/1996  MOST OWED:   $2000  CREDIT LIMIT:     $2000
  STATUS AS OF 11/2004: PAID OR PAYING AS AGREED
  IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE


MBNA AMERICA  PH#: (800) 421-2110
PO BOX 17054, WILMINGTON, DE 19884
ACCT#     2845                          REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER              LINE OF CREDIT
  UPDATED  10/2004  BALANCE:        $0  INDIVIDUAL ACCOUNT
  OPENED   05/2002  MOST OWED:      $0  CREDIT LIMIT:     $5500
  STATUS AS OF 10/2004: PAID OR PAYING AS AGREED
  IN PRIOR 11 MONTHS FROM LAST UPDATE NEVER LATE


MBNA AMERICA  PH#: (800) 421-2110
PO BOX 17054, WILMINGTON, DE 19884
ACCT#            6216                   REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER              CREDIT CARD
  UPDATED  10/2004  BALANCE:        $0  INDIVIDUAL ACCOUNT
  OPENED   09/1998  MOST OWED:  $20313  CREDIT LIMIT:     $5000
  PAID OFF 09/2004
  STATUS AS OF 10/2004: PAID OR PAYING AS AGREED
  IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE


CITI CARDS  PH#: NOT AVAILABLE
8725 W SAHARA AVE, MC 02/02/03, THE LAKES, NV 89163-7802
ACCT#            5721                   REVOLVING ACCOUNT
CLOSED                                  CREDIT CARD
  UPDATED  06/2004  BALANCE:        $0  INDIVIDUAL ACCOUNT
  OPENED   04/1996  MOST OWED:    $176  CREDIT LIMIT:    $15000
  PAID OFF 01/2000
  STATUS AS OF 06/2004: PAID OR PAYING AS AGREED
  IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE
```

REPORT ON FASHAKIN, JANET, O                                    PAGE  6 OF 14
SOCIAL SECURITY NUMBER: XXX-XX-2357    TRANSUNION FILE NUMBER:      4908
```

```
 IBANK   PH#: NOT AVAILABLE
 U BOX 6033, HAGERSVILLE, MD 21747-6003
ACCT#            3530                   REVOLVING ACCOUNT
CLOSED                                  CHARGE ACCOUNT
  UPDATED  05/2004   BALANCE:      $0   INDIVIDUAL ACCOUNT
  OPENED   09/1998   MOST OWED:    $0   CREDIT LIMIT:    $200
  CLOSED   04/2004
  STATUS AS OF 05/2004: PAID OR PAYING AS AGREED
  IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE

WATERFIELD MORTGAGE CO  PH#: (219) 434-8411
7500 W JEFFERSON BLVD, POB 1289, FORT WAYNE, IN 46804-4165
ACCT#    0958                           MORTGAGE ACCOUNT
CLOSED                                  CONVENTIONAL REAL ESTATE MTG
  UPDATED  04/2004   BALANCE:      $0   INDIVIDUAL ACCOUNT
  OPENED   07/2001   MOST OWED: $148298 PAY TERMS: 348 MONTHLY $1275
  CLOSED   04/2004                      FANNIE MAE  # 1682435188
  STATUS AS OF 04/2004: PAID OR PAYING AS AGREED
  IN PRIOR 30 MONTHS FROM LAST UPDATE NEVER LATE

CHASE MANHATTAN MORTGAGE  PH#: (800) 848-9136
3415 VISION DR, COLUMBUS, OH 43219
ACCT#     1061                          MORTGAGE ACCOUNT
CLOSED                                  FHA REAL ESTATE MORTGAGE
  UPDATED  02/2004   BALANCE:      $0   INDIVIDUAL ACCOUNT
  OPENED   03/1999   MOST OWED: $156442 PAY TERMS: 360 MONTHLY
  CLOSED   02/2004
  STATUS AS OF 02/2004: PAID OR PAYING AS AGREED
  IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE

DAIMLERCHRYLER SRV NTO  PH#: (503) 293-6100
PO BOX 685, ROANOKE, TX 76262
ACCT#     .2184                         INSTALLMENT ACCOUNT
CLOSED                                  AUTO LEASE
  UPDATED  11/2003   BALANCE:      $0   INDIVIDUAL ACCOUNT
  OPENED   01/2000   MOST OWED:  $3537  PAY TERMS: 6 MONTHLY $589
  CLOSED   10/2003
  STATUS AS OF 11/2003: PAID OR PAYING AS AGREED
  IN PRIOR  2 MONTHS FROM LAST UPDATE NEVER LATE

CITIBANK UCS  PH#: (904) 954-7500
8787 BAYPINE RD, JACKSONVILLE, FL 32256-8528
ACCT#            1981                   REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER              CREDIT CARD
  UPDATED  11/2003   BALANCE:      $0   INDIVIDUAL ACCOUNT
  OPENED   10/1998                      CREDIT LIMIT:    $8300
  CLOSED   07/2003
  STATUS AS OF 11/2003: PAID OR PAYING AS AGREED
  IN PRIOR 48 MONTHS FROM LAST UPDATE NEVER LATE
```

```
ERICAN EXPRESS   PH#: NOT AVAILABLE
  BOX 297871, FORT LAUDERDALE, FL 33329-7871
ACCT#              8202                  REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER               CREDIT CARD
   UPDATED  08/2002   BALANCE:      $0   INDIVIDUAL ACCOUNT
   OPENED   12/1995   MOST OWED:    $0
   CLOSED   11/1998
   STATUS AS OF 08/2002: PAID OR PAYING AS AGREED
   IN PRIOR  1 MONTH  FROM LAST UPDATE NEVER LATE


AMERICAN EXPRESS   PH#: NOT AVAILABLE
PO BOX 297871, FORT LAUDERDALE, FL 33329-7871
ACCT#              .7402                 OPEN ACCOUNT
ACCOUNT CLOSED BY CONSUMER               CREDIT CARD
   UPDATED  08/2002   BALANCE:      $0   INDIVIDUAL ACCOUNT
   OPENED   02/1995   MOST OWED:    $0
   CLOSED   09/1998
   STATUS AS OF 08/2002: PAID OR PAYING AS AGREED
   IN PRIOR  1 MONTH  FROM LAST UPDATE NEVER LATE


FST USA BK   PH#: (800) 955-9900
DEPT OH1-0552, 800 BROOKSEDGE BV 3 WEST
WESTERVILLE, OH 43081-0552
ACCT#              5210                  REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER               CREDIT CARD
   UPDATED  04/2002   BALANCE:      $0   INDIVIDUAL ACCOUNT
   OPENED   01/1999   MOST OWED:  $5479  CREDIT LIMIT:    $5400
   CLOSED   01/2002
   STATUS AS OF 04/2002: PAID OR PAYING AS AGREED
   IN PRIOR 46 MONTHS FROM LAST UPDATE NEVER LATE


WATERFIELD MORTGAGE CO   PH#: (219) 434-8411
7500 W JEFFERSON BLVD, POB 1289, FORT WAYNE, IN 46804-4165
ACCT# :            915                   MORTGAGE ACCOUNT
CLOSED                                   CONVENTIONAL REAL ESTATE MTG
   UPDATED  01/2002   BALANCE:      $0   INDIVIDUAL ACCOUNT
   OPENED   06/2000   MOST OWED: $149400 PAY TERMS: 360 MONTHLY $1356
   CLOSED   07/2001                      FANNIE MAE  # 1674855036
   STATUS AS OF 01/2002: PAID OR PAYING AS AGREED
   IN PRIOR 19 MONTHS FROM LAST UPDATE NEVER LATE


AMERICAN EXPRESS   PH#: NOT AVAILABLE
PO BOX 297871, FORT LAUDERDALE, FL 33329-7871
ACCT#              7802                  OPEN ACCOUNT
ACCT CLOSED BY CREDIT GRANTOR            CREDIT CARD
   UPDATED  11/2001   BALANCE:      $0   ACCOUNT RELATIONSHIP TERMINATED
   OPENED   09/1994   MOST OWED:    $0
   CLOSED   10/1997
   STATUS AS OF 11/2001: PAID OR PAYING AS AGREED
   IN PRIOR  1 MONTH  FROM LAST UPDATE NEVER LATE
```

```
REPORT ON FASHAKIN, JANET, O                                PAGE  8 OF 14
SOCIAL SECURITY NUMBER: XXX-XX-2357    TRANSUNION FILE NUMBER:    4908


   \SE NA   PH#: (800) 356-5555
 ںد0 BROOKS EDGE BLVD, WESTERVILLE, OH 43081
  ACCT#          3160                    LINE OF CREDIT ACCOUNT
  ACCOUNT CLOSED BY CONSUMER             LINE OF CREDIT
     UPDATED  05/2001   BALANCE:      $0 INDIVIDUAL ACCOUNT
     OPENED   12/1996   MOST OWED:    $0 CREDIT LIMIT:      $300
     CLOSED   03/1997
     STATUS AS OF 05/2001: PAID OR PAYING AS AGREED


  CITIBANK UCS   PH#: (904) 954-7500
  8787 BAYPINE RD, JACKSONVILLE, FL 32256-8528
  ACCT#            7306                  REVOLVING ACCOUNT
  ACCOUNT CLOSED BY CONSUMER             CREDIT CARD
     UPDATED  07/2000   BALANCE:      $0 INDIVIDUAL ACCOUNT
     OPENED   05/1998                    CREDIT LIMIT:     $6000
     CLOSED   09/1998
     STATUS AS OF 07/2000: PAID OR PAYING AS AGREED
     IN PRIOR 25 MONTHS FROM LAST UPDATE NEVER LATE


  AMERICAN HONDA FINANCE   PH#: (800) 445-1358
  PO BOX 6070, CYPRESS, CA 90630-6070
  ACCT#          0001                    INSTALLMENT ACCOUNT
  CLOSED                                 AUTOMOBILE
     UPDATED  04/2000   BALANCE:      $0 JOINT ACCOUNT
     OPENED   09/1996   MOST OWED: $23055 PAY TERMS: 60 MONTHLY $481
     CLOSED   04/1999                    00833 1HGCD5637TA273825
     STATUS AS OF 04/2000: PAID OR PAYING AS AGREED
     IN PRIOR 24 MONTHS FROM LAST UPDATE NEVER LATE


  FIRST USA BANK   PH#: (800) 368-4535
  201 N WALNUT ST, WILMINGTON, DE 19801-2920
  ACCT#          15705                   REVOLVING ACCOUNT
                                         CREDIT CARD
     UPDATED  08/1999   BALANCE:      $0 INDIVIDUAL ACCOUNT
     OPENED   03/1998   MOST OWED: $2500 CREDIT LIMIT:     $6000
     PAID OFF 06/1999
     STATUS AS OF 08/1999: PAID OR PAYING AS AGREED
     IN PRIOR 13 MONTHS FROM LAST UPDATE NEVER LATE


  NORWEST FINANCE   PH#: (516) 499-0680
  1842 P EAST JERICH, HUNTINGTON, NY 11743
  ACCT#            3102                  REVOLVING ACCOUNT
  CLOSED                                 CHARGE ACCOUNT
     UPDATED  06/1999   BALANCE:      $0 INDIVIDUAL ACCOUNT
     OPENED   08/1998   MOST OWED:    $0 CREDIT LIMIT:     $2500
     CLOSED   06/1999
     STATUS AS OF 06/1999: PAID OR PAYING AS AGREED
     IN PRIOR 11 MONTHS FROM LAST UPDATE NEVER LATE
```

```
REPORT ON FASHAKIN, JANET, O                                   PAGE  9 OF 14
SOCIAL SECURITY NUMBER: XXX-XX-2357      TRANSUNION FILE NUMBER:    4908
```

```
TICORP MORTGAGE INC   PH#: (800) 283-7918
PO BOX 9442 DEPT 0251, GAITHERSBURG, MD 20898
  ACCT#          0397                      MORTGAGE ACCOUNT
  CLOSED                                   CONVENTIONAL REAL ESTATE MTG
    UPDATED  04/1999   BALANCE:      $0    INDIVIDUAL ACCOUNT
    OPENED   03/1997   MOST OWED: $100800  PAY TERMS: 360 MONTHLY $879
    CLOSED   04/1999
    STATUS AS OF 04/1999: PAID OR PAYING AS AGREED
    IN PRIOR 12 MONTHS FROM LAST UPDATE NEVER LATE


FLEET SVCS CORP   PH#: NOT AVAILABLE
201 N TRYON ST, CHARLOTTE, NC 28255
  ACCT#          1715                      INSTALLMENT ACCOUNT
                                           AUTOMOBILE
    UPDATED  10/1996   BALANCE:      $0    JOINT ACCOUNT
    OPENED   03/1995   MOST OWED:  $10586  PAY TERMS: 60 MONTHLY $228
    PAID OFF 09/1996
    STATUS AS OF 10/1996: PAID OR PAYING AS AGREED


CHASE MANHATTAN BANK   PH#: (800) 482-4273
880 BROOKS EDGE BLVD, WESTERVILLE, OH 43081
  ACCT#          8694                      REVOLVING ACCOUNT
  CLOSED                                   CREDIT CARD
    UPDATED  03/1996   BALANCE:      $0    INDIVIDUAL ACCOUNT
    OPENED   01/1995                       CREDIT LIMIT:       $500
    CLOSED   10/1995
    STATUS AS OF 03/1996: PAID OR PAYING AS AGREED


CITIBANK CBSD NA   PH#: (800) 950-5114
PO BOX 6241, SIOUX FALLS, SD 57117-6241
  ACCT#          9593                      REVOLVING ACCOUNT
                                           CREDIT CARD
    UPDATED  12/1995                       ACCOUNT RELATIONSHIP TERMINATED
    OPENED   05/1994
    STATUS AS OF 12/1995: PAID OR PAYING AS AGREED
```

---

```
THE FOLLOWING COMPANIES HAVE RECEIVED YOUR CREDIT REPORT.  THEIR INQUIRIES
REMAIN ON YOUR CREDIT REPORT FOR TWO YEARS.

SUBSCRIBER NAME                                  INQUIRY TYPE    DATE
CAPITAL ONE BANK                                 INDIVIDUAL      08/09/2004
    10800 NUCKOLS ROAD, GLEN ALLEN, VA 23060   PH#: (000) 000-0001
DISCOVER FINANCIAL                               INDIVIDUAL      07/29/2004
    6500 NEW, NEW ABANY, OH 43054   PH#: NOT AVAILABLE
T-MOBILE                                         INDIVIDUAL      06/08/2004
    12920 SE 38TH ST, BELLEVUE, WA 98006   PH#: (800) 318-9270
GREENPOINT MORTGAGE VIA IR/CR DATA OF ILLINOIS   INDIVIDUAL      04/27/2004
    13030 EUCLID ST, GARDEN GROVE, CA 92843   PH#: (630) 420-7585
    PERMISSIBLE PURPOSE = CREDIT TRANSACTION
MBNA AMERICA DELAWAR VIA LANDSAFE CREDIT         INDIVIDUAL      04/05/2004
    155 N LAKE AVE, PASADENA, CA 91101   PH#: NOT AVAILABLE
    PERMISSIBLE PURPOSE = CREDIT TRANSACTION
MBNA AMERICA(DELAWARE)                           INDIVIDUAL      04/05/2004
    PO BOX 17054, WILMINGTON, DE 19850   PH#: NOT AVAILABLE
```

```
REPORT ON FASHAKIN, JANET, O                              PAGE 10 OF 14
SOCIAL SECURITY NUMBER: XXX-XX-2357    TRANSUNION FILE NUMBER:    4908


   ßSCRIBER NAME                             INQUIRY TYPE    DATE
     NA AMERICA (DEL)N.A.                    INDIVIDUAL      04/05/2004
       P O BOX, WLMINGTON, DE 19850   PH#: NOT AVAILABLE
   CONCORD MORTGAGE COR VIA ADVANTAGE CREDIT  INDIVIDUAL     03/25/2004
       15 W STRONG STREET, PENSACOLA, FL 32501   PH#: (850) 470-9336
       PERMISSIBLE PURPOSE = CREDIT TRANSACTION
   LYONS MORTGAGE SERVI VIA FAC/REP MTG       INDIVIDUAL     03/18/2004
       12395 FIRST AMERIC, POWAY, CA 92064   PH#: (800) 637-2422
       PERMISSIBLE PURPOSE = CREDIT TRANSACTION
   CHASE MANHATTAN BANK                       INDIVIDUAL     12/16/2003
       4915 INDEPENDENCE , TAMPA, FL 33634   PH#: NOT AVAILABLE
   GMAC Mortgage Corpor VIA DITECH.COM        INDIVIDUAL     12/12/2003
       3200 PARK CENTER D, COSTA MESA, CA 92626   PH#: NOT AVAILABLE
       PERMISSIBLE PURPOSE = CREDIT TRANSACTION
   CHASE MANHATTAN VIA KROLL FACTUAL DATA     INDIVIDUAL     12/03/2003
       15 HOWARD STREET, FRAMINGHAM, MA 01702   PH#: (508) 875-5266
       PERMISSIBLE PURPOSE = CREDIT TRANSACTION
   DITECH.COM                                 INDIVIDUAL     11/29/2003
       3200 PARK CENTER D, COSTA MESA, CA 92626   PH#: NOT AVAILABLE
   JP MORGAN CHASE                            INDIVIDUAL     11/07/2003
       4915 INDEPENDENCE , TAMPA, FL 33634   PH#: NOT AVAILABLE
   FRANKLIN FIRST FINAN VIA INFORMATION CENTRAL  INDIVIDUAL  10/31/2003
       14-41 150TH ST 2ND, WHITESTONE, NY 11357   PH#: (718) 746-8400
       PERMISSIBLE PURPOSE = WRITTEN AUTHORIZATION
   102 WATERFIELD FINAN VIA CBCINNOVIS/CBCINNOVIS  INDIVIDUAL  10/07/2003
       170 E TOWER ST, COLOMBUS, OH 43215   PH#: (614) 222-4319
       PERMISSIBLE PURPOSE = CREDIT TRANSACTION
   CHASE VIA CHASE                            INDIVIDUAL     07/10/2003
       20 CLINTON AVE S, ROCHESTER, NY 14604   PH#: (716) 258-6205
       PERMISSIBLE PURPOSE = CREDIT TRANSACTION
   CHASE MANHATTAN VIA KROLL FACTUAL DATA     INDIVIDUAL     06/19/2003
       15 HOWARD STREET, FRAMINGHAM, MA 01702   PH#: (508) 875-5266
       PERMISSIBLE PURPOSE = CREDIT TRANSACTION
   102 WATERFIELD FINAN VIA CBCINNOVIS/CBCINNOVIS  INDIVIDUAL  06/05/2003
       170 E TOWER ST, COLOMBUS, OH 43215   PH#: (614) 222-4319
       PERMISSIBLE PURPOSE = CREDIT TRANSACTION
   224 MORTGAGE SUPPORT VIA CENDANT MORTGAGE  INDIVIDUAL     06/03/2003
       MAIL STOP APP4 300, MOUNT LAUREL, NJ 08054   PH#: (856) 917-9901
       PERMISSIBLE PURPOSE = CREDIT TRANSACTION
   HOME LOAN & INVESTME VIA OCEAN BANK FSB    INDIVIDUAL     05/27/2003
       2 ALTIERI WAY, WARWICK, RI 02886   PH#: (401) 739-8800
       PERMISSIBLE PURPOSE = CREDIT TRANSACTION
   102 WATERFIELD FINAN VIA CBCINNOVIS/CBCINNOVIS  INDIVIDUAL  05/15/2003
       170 E TOWER ST, COLOMBUS, OH 43215   PH#: (614) 222-4319
       PERMISSIBLE PURPOSE = CREDIT TRANSACTION
   FRANKLIN FIRST FINAN VIA LSI CREDIT SERVICES  INDIVIDUAL  05/14/2003
       918 ULSTER AVE, KINGSTON, NY 12401   PH#: (800) 322-3880
       PERMISSIBLE PURPOSE = CREDIT TRANSACTION
   PETRO/ASTORIA                              INDIVIDUAL     02/25/2003
       48 HARBOR PRK DR, PORT WASHINGTO, NY 11050   PH#: (516) 686-2000
```

```
REPORT ON FASHAKIN, JANET, O                              PAGE 11 OF 14
SOCIAL SECURITY NUMBER: XXX-XX-2357    TRANSUNION FILE NUMBER:   .4908
```

THE COMPANIES LISTED BELOW RECEIVED YOUR NAME, ADDRESS AND OTHER LIMITED INFORMATION ABOUT YOU SO THEY COULD MAKE A FIRM OFFER OF CREDIT OR INSURANCE. THEY DID NOT RECEIVE YOUR FULL CREDIT REPORT. THESE INQUIRIES ARE NOT SEEN BY ANYONE BUT YOU AND THEY DO NOT AFFECT YOUR CREDIT SCORE.

```
SUBSCRIBER NAME                                     DATE
ACE INA                                             01/2003
   5404 CYPRESS CENTER DR, TAMPA, FL 33609-1044  PH#: NOT AVAILABLE
AIG                                                 11/2003
   505 CARR RD, WILMINGTON, DE 19809-2800  PH#: NOT AVAILABLE
HOMEOWNERS                                          01/2004
   4501 CIRCLE 75 PAR, SUITE F6220, ATLANTA, GA 30339  PH#: NOT AVAILABLE
AMERICAN EXPRESS PROPERT                            04/2004
   1400 LOMBARDI AVE, GREEN BAY, WI 54304-3922  PH#: NOT AVAILABLE
ADVANCED FINANCIAL SERVI                            10/2004
   25 ENTERPRISE CTR, MIDDLETOWN, RI 02842-5201  PH#: NOT AVAILABLE
```

THE COMPANIES LISTED BELOW OBTAINED INFORMATION FROM YOUR CONSUMER REPORT FOR THE PURPOSE OF AN ACCOUNT REVIEW OR OTHER BUSINESS TRANSACTION WITH YOU. THESE INQUIRIES ARE NOT DISPLAYED TO ANYONE BUT YOU AND WILL NOT AFFECT ANY CREDITOR'S DECISION OR ANY SCORE (EXCEPT INSURANCE COMPANIES MAY HAVE ACCESS TO OTHER INSURANCE COMPANY INQUIRIES, WHERE PERMITTED BY LAW).

```
 BSCRIBER NAME                                      DATE
 SCOVER FINANCIAL SVC                              02/2003
   PO BOX 15316, WILMINGTON, DE 19850-5316  PH#: NOT AVAILABLE
CITIBANK                                            02/2003
   PO BOX 6003, HAGERSTOWN, MD 21747-6003  PH#: NOT AVAILABLE
CITIBANK NA                                         02/2003
   PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
FLEET CC                                            02/2003
   300 N WAKEFIELD DR, NEWARK, DE 19702-5419  PH#: (302) 791-4400
PMI MORTGAGE INSURANCE C                            02/2003
   601 MONTGOMERY ST, SAN FRANCISCO, CA 94111-2603  PH#: (415) 291-6272
PERMISSIBLE PURPOSE - INSURANCE UNDERWRITING
CITIBANK NA                                         03/2003
   PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
FLEET CC                                            03/2003
   300 N WAKEFIELD DR, NEWARK, DE 19702-5419  PH#: (302) 791-4400
AT&T - CCS                                          03/2003
   295 N MAPLE AVE, BASKING RIDGE, NJ 07920-1002  PH#: NOT AVAILABLE
AMERERICAN EXPRESS                                  04/2003
   2730 LIBERTY AVE, PITTSBURGH, PA 15222-4704  PH#: (800) 297-5626
CITIBANK NA                                         04/2003
   PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
CITIBANK NA                                         04/2003
   PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
FLEET CC                                            04/2003
   300 N WAKEFIELD DR, NEWARK, DE 19702-5419  PH#: (302) 791-4400
 EET CC                                             05/2003
   300 N WAKEFIELD DR, NEWARK, DE 19702-5419  PH#: (302) 791-4400
CITIBANK USA NA-SEARS                               05/2003
   13200 SMITH RD, CLEVELAND, OH 44130  PH#: NOT AVAILABLE
```

```
REPORT ON FASHAKIN, JANET, O                              PAGE 12 OF 14
SOCIAL SECURITY NUMBER: XXX-XX-2357    TRANSUNION FILE NUMBER:    4908


  BSCRIBER NAME                               DATE
   TERFIELD MORTGAGE CO                       05/2003
     7500 WASHINGTON ST, FORT WAYNE, IN 46804  PH#: (219) 434-8205
  PMI MORTGAGE INSURANCE C                    05/2003
     601 MONTGOMERY ST, SAN FRANCISCO, CA 94111-2603  PH#: (415) 291-6272
  PERMISSIBLE PURPOSE = INSURANCE UNDERWRITING
  CITIBANK NA                                 06/2003
     PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
  FLEET CC                                    06/2003
     300 N WAKEFIELD DR, NEWARK, DE 19702-5419  PH#: (302) 791-4400
  CITIBANK NA                                 07/2003
     PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
  CITIBANK UCS                                07/2003
     PO BOX 44194, JACKSONVILLE, FL 32231-4194  PH#: NOT AVAILABLE
  FLEET CC                                    08/2003
     300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
  AMERERICAN EXPRESS                          08/2003
     2730 LIBERTY AVE, PITTSBURGH, PA 15222-4704  PH#: (800) 297-5626
  FLEET CC                                    09/2003
     300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
  PMI MORTGAGE INSURANCE C                    09/2003
     601 MONTGOMERY ST, SAN FRANCISCO, CA 94111-2603  PH#: (415) 291-6272
  PERMISSIBLE PURPOSE = INSURANCE UNDERWRITING
  WATERFIELD MORTGAGE CO                      09/2003
     7500 WASHINGTON ST, FORT WAYNE, IN 46804  PH#: (219) 434-8205
   MERERICAN EXPRESS                          10/2003
     2730 LIBERTY AVE, PITTSBURGH, PA 15222-4704  PH#: (800) 297-5626
  CITIBANK NA                                 10/2003
     PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
  FLEET CC                                    10/2003
     300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
  CITIBANK NA                                 11/2003
     PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
  FLEET CC                                    11/2003
     300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
  FLEET CC                                    12/2003
     300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
  CITIBANK NA                                 12/2003
     PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
  CITIBANK NA                                 01/2004
     PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
  WATERFIELD MORTGAGE CO                      01/2004
     7500 WASHINGTON ST, FORT WAYNE, IN 46804  PH#: (219) 434-8205
  FLEET CC                                    01/2004
     300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
  CITIBANK NA                                 02/2004
     PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
  FLEET CC                                    02/2004
     300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
  FLEET CC                                    03/2004
     300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
   RERICAN EXPRESS                            04/2004
     2730 LIBERTY AVE, PITTSBURGH, PA 15222-4704  PH#: (800) 297-5626
  FLEET CC                                    04/2004
     300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
```

```
REPORT ON FASHAKIN, JANET, O                                    PAGE 13 OF 14
SOCIAL SECURITY NUMBER: XXX-XX-2357      TRANSUNION FILE NUMBER:      4908


 SCRIBER NAME                              DATE
  CITIBANK NA                              04/2004
    PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
CITIBANK NA                                05/2004
    PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
FLEET CC                                   05/2004
    300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
WATERFIELD MORTGAGE CO                     05/2004
    7500 WASHINGTON ST, FORT WAYNE, IN 46804  PH#: (219) 434-8205
CITIBANK NA                                06/2004
    PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
FLEET CC                                   06/2004
    300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
T-MOBILE                                   06/2004
    12920 SE 38TH ST, BELLEVIEW, WA 98006  PH#: (800) 937-8997
T-MOBILE                                   06/2004
    12920 SE 38TH ST, BELLEVIEW, WA 98006  PH#: (800) 937-8997
AMERERICAN EXPRESS                         07/2004
    2730 LIBERTY AVE, PITTSBURGH, PA 15222-4704  PH#: (800) 297-5626
CITIBANK NA                                07/2004
    PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
FLEET CC                                   07/2004
    300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
CITIBANK NA                                08/2004
    PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
CITIBANK NA                                09/2004
    PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
FLEET CC                                   09/2004
    300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
CITIBANK NA                                10/2004
    PO BOX 6241, SIOUX FALLS, SD 57117-6241  PH#: NOT AVAILABLE
FLEET CC                                   10/2004
    300 WAKEFIELD DR, NEWARK, DE 19702  PH#: (302) 791-4400
AMERERICAN EXPRESS                         11/2004
    2730 LIBERTY AVE, PITTSBURGH, PA 15222-4704  PH#: (800) 297-5626
DISCOVER FINANCIAL SVCS                    12/2004
    2500 LAKE COOK RD, RIVERWOODS, IL 60015-3851  PH#: NOT AVAILABLE
```

REPORT ON FASHAKIN, JANET, O                                         PAGE 14 OF 14
SOCIAL SECURITY NUMBER: XXX-XX-2357      TRANSUNION FILE NUMBER:       4908

---

IF OUR INVESTIGATION HAS NOT RESOLVED YOUR DISPUTE, YOU MAY ADD A 100 WORD CONSUMER STATEMENT TO YOUR REPORT. IF YOU PROVIDE A CONSUMER STATEMENT THAT CONTAINS MEDICAL INFORMATION RELATED TO SERVICE PROVIDERS OR MEDICAL PROCEDURES, THEN YOU EXPRESSLY CONSENT TO TRANSUNION INCLUDING THIS INFORMATION IN EVERY CREDIT REPORT WE ISSUE ABOUT YOU.

IF THERE HAS BEEN A CHANGE IN YOUR CREDIT HISTORY RESULTING FROM OUR INVESTIGATION, OR IF YOU ADD A CONSUMER STATEMENT, YOU MAY REQUEST THAT TRANSUNION SEND AN UPDATED REPORT TO THOSE WHO RECEIVED YOUR REPORT WITHIN THE LAST TWO YEARS FOR EMPLOYMENT PURPOSES, OR WITHIN THE LAST ONE YEAR FOR ANY OTHER PURPOSE.

IF INTERESTED, YOU MAY ALSO REQUEST A DESCRIPTION OF HOW THE INVESTIGATION WAS CONDUCTED ALONG WITH THE NAME, ADDRESS AND TELEPHONE NUMBER OF ANYONE WE CONTACTED FOR INFORMATION.

SHOULD YOU WISH TO CONTACT TRANSUNION, YOU MAY DO SO,

BY MAIL:
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

BY PHONE:
 800-916-8800
   BUSINESS HOURS IN YOUR TIME ZONE ARE:
8:30 A.M. TO 4:30 P.M., MONDAY-FRIDAY, EXCEPT MAJOR HOLIDAYS.
PLEASE HAVE YOUR TRANSUNION FILE NUMBER LOCATED AT THE TOP OF THIS PAGE AVAILABLE.