# EXHIBIT "D"

PO Box 15317
Wilmington, DE  19850-5317



December 20, 2004

LDPCRB01 0002279
Janet O. Fashakin
8433 122nd St
Kew Gardens NY 11415-3233



Dear Janet O. Fashakin:

Thank you for giving us the opportunity to review your request for a credit limit increase on your account. However, we are unable to approve your request at this time for the following reason(s):

DEROGATORY PUBLIC RECORD OR COLLECTION FILED
TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION
% OF BALANCE TO CREDIT LIMIT TOO HIGH ON REVOLVING ACCOUNTS

Our credit decision was based in whole or in part on information obtained from your application and consumer credit report obtained from the following reporting agency listed below:

Trans Union
PO Box 1000
Chester, PA  19022-1000
800-888-4213
www.transunion.com/direct

You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency.  The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice.  In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.  If you have any questions regarding this letter, please contact us at the above address.  Please include your name, address and application number as show at the top of this letter.  If you prefer, you may call us at the number listed below.

New Accounts Department
1-800-347-4856
Monday-Friday 9am-9pm EST
Application Number: 043550935257100 - LIRB



FLEET CREDIT CARD SERVICES
2970 TRANSIT ROAD
WEST SENECA, NY  14224
NY7-505-01-23

November 30, 2004

Janet O Fashakin
105-22 Jamaica Ave
Richmond Hill NY 11418-2013

RE: Your account number ending in 1657

Dear Janet O Fashakin,

At Fleet, we make every attempt to meet our customers' credit needs.  However, based upon a recent review of your financial profile, we have decided not to issue a replacement Fleet credit card for your card that expires on November 30, 2004.  As of that date, your account will be closed and no additional transactions will be authorized.

Our decision was based in whole or in part on the following information contained in your credit bureau report:

    DEROGATORY PUBLIC RECORD OR COLLECTION FILED
    TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT
    PROPORTION OF BALANCES TO CREDIT LIMITS ON BANK/NATIONAL
    REVOLVING OR OTHER REVOLVING ACCOUNTS IS TOO HIGH
    TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN

You may contact the credit bureau directly at:

    TRANSUNION
    WWW.TRANSUNION.COM/DIRECT
    2 BALDWIN PLACE PO BOX 1000
    CHESTER, PA  19022
    800-888-4213

The reporting agency played no part in these changes and cannot supply specific reasons for such.  You have a right to a free copy of your report from the credit reporting agency listed above if you request such information within 60 days of receiving this notice. If information in your report is inaccurate or incomplete, you may dispute the matter with the reporting agency.

Please note that you will continue to be billed on a monthly basis for amounts owed.  You are still obligated under the terms of the