United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

09 CV 4291

1) indicated that this case is related to the following case(s):

05 CV 3080

05 CV 1339

-OR-

2) the case was directly assigned to Judge _____ and Magistrate Judge _____ as a Pro Se or Habeas case related to ___ CR/CV _____.